IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VOLMAR CONSTRUCTION, INC., | |
| Plaintiff, | |
| v. | No. 05-794-EGB |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of thirty-two days, to and including October 28, 2005, within which to serve and file its response to plaintiffs' complaint. Our response is currently due on September 26, 2005. This is defendant's first request for an enlargement of time. Defendant's counsel has contacted plaintiff's counsel, who states that plaintiff does not oppose this motion.

The requested enlargement is necessary to permit sufficient time for defendant's counsel to consult with agency counsel and supervisory lawyers at the Department of Justice responsible for this case. Defendant's counsel expects to be in Wyoming September 12 through 30, 2005 for purposes of a two-week trial set to begin September 19, 2005 in The Sweetwater, A Wilderness Lodge LLC v. United States, No. 02-1795C. Upon his return to Washington from Wyoming, defendant's counsel expects to be engaged in (among other matters) preparing for a trial scheduled for October 11-12 and 14, 2005 in International Data Products Corp. v. United States, No. 01-459C. In these circumstances, defendant considers the requested extension of time to be reasonable to permit defendant to prepare a thorough response that will be of greatest benefit to the

Court in resolving this case.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time of thirty-two days, to and including October 28, 2005, to serve and file our reply our response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

September 8, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 8th day of September, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson