IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-794-EGB |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of twenty days, to and including November 17, 2005, within which to serve and file its response to plaintiff's complaint. Our response is currently due on October 28, 2005. This is defendant's second request for an enlargement of time. Defendant's first request sought an enlargement of 32 days. Defendant's counsel has contacted plaintiff's counsel, who states that plaintiff does not oppose this motion.

The requested enlargement is necessary to permit sufficient time for defendant's counsel to complete consultations with agency counsel and supervisory lawyers at the Department of Justice responsible for this case. Defendant's counsel was in Philadelphia October 18-20, 2005, and expects to travel extensively during the next several weeks: to Seattle and Salt Lake City October 24-26, 2005 for expert depositions in Metric Construction Co., Inc. v. United States, No. 02-167-SGB; to St. Joseph, Missouri October 27, 2005 and Lincoln, Nebraska November 1-2, 2005 for depositions in Acceptance Ins. Cos. Inc. v. United States, No. 03-2794-RHH; and to Chicago November 7-9, 2005 for oral argument in two unrelated cases pending before the United States Court of Appeals

for the Federal Circuit: Frasure v. Department of Veterans Affairs, No. 05-7087, and Kruger v. Department of Veterans Affairs, No. 04-3231.

During the past several weeks, defendant's counsel has been in communication with agency counsel, and expects to receive soon a litigation report and other information requested from the agency. The requested enlargement of time will permit defendant's counsel to obtain and review the requested information, and prepare a thorough response to plaintiff's complaint that will be of greatest benefit to the Court in resolving this case.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time of 20 days, to and including November 17, 2005, to serve and file our reply our response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

October 21, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 21st day of October, 2005, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson