IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-794C (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

The allegations contained in the introduction are plaintiff's characterizations of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

1. The allegations contained in paragraph 1 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. The allegations contained in paragraph 2 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

3. Denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

4. Admits that the United States is the named defendant. The remaining allegations contained in paragraph 4 constitute conclusions of law, to which no answer is

required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits.

6. Admits that the allegations contained in paragraph 6 to the extent supported by the cited response, Solicitation No. N62472-99-D-5403, and its five amendments; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the cited Contract No. N62472-99-D-5403; otherwise denies the allegations contained in paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the cited Solicitation No. N62472-99-D-5403; otherwise denies the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the cited Solicitation No. N62472-99-D-5403; otherwise denies the allegations contained in paragraph 9.

10. Admits the allegations contained in paragraph 10 to the extent supported by the cited Solicitation No. N62472-99-D-5403; otherwise denies the allegations contained in paragraph 10.

11. Denies the allegations contained in paragraph 11 for lack of knowledge or information sufficient to form a belief as to their truth.

12. Admits the allegations contained in paragraph 12 to the extent supported by the cited claim for equitable adjustment; otherwise denies the allegations contained in paragraph 12.

13. Admits.

14. Defendant incorporates its responses to paragraph 1-13 above.

15. Denies.

16. Denies the allegations contained in paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth.

17. Denies the allegations contained in paragraph 17 for lack of knowledge or information sufficient to form a belief as to their truth.

18. Denies.

19. Defendant incorporates its responses to paragraph 1-18 above.

20. Denies.

21. Denies the allegations contained in paragraph 21 for lack of knowledge or information sufficient to form a belief as to their truth.

22. Denies.

23. Defendant incorporates its responses to paragraph 1-22 above.

24. Denies.

25. Denies.

26. Defendant incorporates its responses to paragraph 1-25 above.

27. Denies.

28. Denies.

29. Defendant incorporates its responses to paragraph 1-28 above.

30. Denies.

31. Denies.

32. Denies that plaintiffs are entitled to the relief set forth in the prayer for relief immediately following paragraph 31, or to any relief whatsoever.

33. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

OF COUNSEL:

AUDREY VAN DYKE
Associate Counsel (Litigation)
Litigation Office
NAVFAC, Washington
U.S. Department of the Navy
720 Kennon St., S.E.
Building 36, Room 136
Washington Navy Yard, D.C. 20374

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

November 18, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 18th day of November, 2005, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson