# In the United States Court of Federal Claims

No. 05-794 C
(Filed: January 25, 2006)

| | |
|---|---|
| VOLMAR CONSTRUCTION, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The case was recently transferred to the undersigned. The court notes that the parties filed the Joint Preliminary Status Report on January 9, 2006. **By no later than Friday, February 10, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge