# In the United States Court of Federal Claims

No. 05-794 C
(Filed: March 3, 2006)

***********************************
VOLMAR CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Pursuant to a status conference held on March 3, 2006, the parties in the above-captioned case shall complete discovery **no later than Wednesday, November 15, 2006**. Then, **no later than Wednesday, November 29, 2006**, the parties shall file a joint status report describing the status of discovery and indicating how they foresee proceeding in the case. Upon receipt of the joint status report, the court will contact the parties to schedule a status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge