IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-794C |
| | ) | (Judge Bruggink) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth Thomas as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ELIZABETH THOMAS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-4175
Facsimile: (202) 305-2118

Dated: May 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas