**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

--------------------------------------- X

VOLMAR CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

--------------------------------------- X

No. 05-794C
(Judge Sweeney)

**Plaintiff's Motion to Change Attorney of Record**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, Plaintiff respectfully moves for leave of the Court to change its attorney of record from Gary Marcus, Esq. to Mitchell B. Reiter, Esq.

In support of this Motion, annexed hereto as Exhibit A is an affidavit of appointment executed by Mitchell B. Reiter, Esq.

Respectfully submitted,

By: ______________________
Mitchell B. Reiter, Esq. (9696)
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, New York 11570
Tel.: (516) 764-2800
Fax: (516) 764-2827

Dated: August 16, 2006

To: Gary Marcus, Esq.
7657 Uliva Way
Sarasota, FL 34238