**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---------------------------------------- X
VOLMAR CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
---------------------------------------- X

No. 05-794C
(Judge Sweeney)

**Affidavit of Appointment**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**MITCHELL B. REITER**, being duly sworn, deposes and says:

1. I am associated with the law firm of Goldberg & Connolly, attorneys for the Plaintiff Volmar Construction in this action and I submit this affidavit in support of Plaintiff's motion for leave of the Court to substitute myself for Gary Marcus, Esq. as the attorney of record for the Plaintiff in this action.

2. Plaintiff retained Goldberg & Connolly to represent it in this action. When this action was commenced, Gary Marcus was of counsel to Goldberg & Connolly and was designated as the attorney of record for the Plaintiff.

3. Mr. Marcus no longer has any relationship with Goldberg & Connolly. Accordingly, with Plaintiff's knowledge and consent, we respectfully seek leave of the Court to change the attorney of record for the Plaintiff in this action from Gary Marcus to Mitchell B. Reiter, Esq., Goldberg & Connolly, 66 North Village Avenue, Rockville Centre, New York 11570, tel: (516) 764-2800, fax: (516) 764-2827, email: mbreiter@goldbergconnolly.com.

4. Without Plaintiff's knowledge or consent, Mr. Marcus has changed the attorney of record information in this action to now list the address and other contact information of his new law office, even though the Plaintiff did not agree that Mr. Marcus should take this matter with him to his new law practice. Quite the contrary, Plaintiff has directed that Goldberg & Connolly continue to represent it in this matter and that I represent it as the attorney of record before this court.

5. Mr. Marcus has refused to consent to this motion because he alleges that he is owed a certain amount of money for time he worked on this matter. He also wrongfully claims that he has a lien on this matter because of this allegedly unpaid time.

6. Goldberg & Connolly disputes Mr. Marcus' aforementioned claims.

7. In any event, under applicable New York law, our firm, and not Mr. Marcus individually, was retained by the Plaintiff and, therefore, only our firm is entitled to any charging or retaining lien in connection with this action. *New York Judiciary Law*, § 475; *In re Heinsheimer*, 214 N.Y. 361, 108 N.E. 636 (1915). These liens are common law and statutory protections to enable the attorney to obtain payment due from the client. The Plaintiff, however, does not owe any payment obligation to Mr. Marcus directly and, therefore, there is absolutely no basis for any lien claimed by Mr. Marcus.

8. Mr. Marcus' refusal to consent to this motion is simply a result of his dispute with our firm and affords no factual or legal justification for the denial of this motion.

**WHEREFORE,** it is respectfully requested the attorney of record for the Plaintiff in this action be changed to Mitchell B. Reiter, Esq., Goldberg & Connolly, 66 North Village Avenue, Rockville Centre, New York 11570, tel: (516) 764-2800, fax: (516) 764-2827, email: mbreiter@goldbergconnolly.com.

Mitchell B. Reiter

Sworn to before me this
16 day of August, 2006

Notary Public

CAROL A. HAGENS
Notary Public, State of New York
No. 4895084
Qualified in Nassau County
Commission Expires May 18, 2007