# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, the foregoing PLAINTIFF'S MOTION TO CHANGE ATTORNEY OF RECORD was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the United States Court of Federal Claims' Local Rules, and/or the United States Court of Federal Claims' Rules on Electronic Service upon the following parties and participants:

**Via Electronic Filing and Service**
Elizabeth Thomas, Esq.
U.S. Department of Justice
Attorneys for Defendant
Civil Division - Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

**Via Regular Mail**
Gary Marcus, Esq.
7657 Uliva Way
Sarasota, FL 34238

Dated: Rockville Centre, New York
August 16, 2006

GOLDBERG & CONNOLLY
Attorneys for Plaintiff

By: ______________________
Mitchell B. Reiter (MR-9696)

66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800