# In the United States Court of Federal Claims

No. 05-794 C
(Filed: October 12, 2006)

| | |
|---|---|
| ************************************ | |
| VOLMAR CONSTRUCTION, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

A telephonic status conference is scheduled in the above-captioned case for **Monday, October 16, 2006, at 2:00 p.m. (EDT)**. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge