# In the United States Court of Federal Claims

No. 05-794 C
(Filed: October 17, 2006)

```
***********************************
VOLMAR CONSTRUCTION, INC.,         *
                                   *
                 Plaintiff,        *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
***********************************
```

**ORDER**

At plaintiff's request, the court conducted a status conference in the above-captioned case on October 16, 2006. Plaintiff's counsel explained that he had not received all of the requested discovery from defendant and that he was concerned about the upcoming November 15, 2005 discovery deadline. Counsel indicated that he just had received some documents, but additional documents and responses to interrogatories remained outstanding. Defense counsel confirmed that she had just provided plaintiff with all of the documents in her possession that were relevant to plaintiff's requests, but explained that agency counsel needed additional time to ensure that the government had provided all relevant documents and interrogatory responses to plaintiff.

Defense counsel assured the court that defendant would be able to provide plaintiff with all requested documents and responses to interrogatories by January 19, 2007. Accordingly, defendant shall provide plaintiff with this outstanding discovery by **no later than Friday, January 19, 2007**. The parties shall complete discovery **no later than Wednesday, February 28, 2007**. Then, **no later than Wednesday, March 14, 2007**, the parties shall file a joint status report describing the status of discovery and indicating how they foresee proceeding in the case. Upon receipt of the joint status report, the court will contact the parties to schedule a status conference. If discovery is completed prior to February 28, 2007, the parties are encouraged to file a joint status report within two weeks of the completion date.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge