# In the United States Court of Federal Claims

No. 05-794 C
(Filed: February 28, 2007)

***********************************
VOLMAR CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

At plaintiff's request, the court conducted a status conference in the above-captioned case on February 28, 2007. Plaintiff's counsel explained that he had not received all of the requested discovery from defendant and that he was concerned about the upcoming discovery deadline. Plaintiff's counsel stated that government counsel had been fully cooperative during discovery. Plaintiff's counsel further explained that the parties were attempting to settle the case, but that he wanted the additional time for discovery in case settlement was not possible. Defense counsel noted that she expected to hear from the agency on March 1, 2007, with respect to settlement.

As agreed to by the parties during the status conference, the discovery deadline is extended to **Friday, April 20, 2007**. Further, in the joint status report currently due **no later than Wednesday, March 14, 2007**, the parties shall describe the progress of their settlement discussions.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge