IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-794C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

In accord with the directive of the court as stated at the court conference and in the order of February 28, 2007, the parties are submitting a Joint Status Report to describe the progress of settlement discussions in the above-captioned matter.

The court will note that counsel for defendant, Elizabeth Thomas, has been substituted as attorney-of-record by Meredyth D. Cohen who filed a notice of appearance on March 9, 2007. Based upon the very recent transfer of the file from Ms. Thomas to Ms. Cohen, there have been no substantial discussions toward a resolution since the last court conference of February 28, 2007.

In furtherance of settlement discussions and a possible resolution, Ms. Cohen will be reviewing the file and communicating with her client, and further discussions between counsel with respect to settlement and, if necessary, disclosure, are expected thereafter.

Respectfully submitted,

/s/ MITCHELL B. REITER
MITCHELL B. REITER
GOLDBERG & CONNOLLY
66 North Village Avenue
Rockville Centre, NY 11570
Tel: (516)764-2800
Fax: (516) 764-2827

Attorney for plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ BRYANT G. SNEE
BRYANT G. SNEE
Deputy Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

March 14, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the _14th_ day of March, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN