# In the United States Court of Federal Claims

No. 05-794 C
(Filed: March 19, 2007)

***********************************
VOLMAR CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties in the above-captioned case filed a Joint Status Report on March 14, 2007, indicating that there had been "no substantial discussions toward a resolution since the last court conference of February 28, 2007." However, the parties represent that "further discussions between counsel with respect to settlement and, if necessary, disclosure, are expected . . . ."

Currently, discovery is scheduled to close no later than April 20, 2007. If the parties have not reached a settlement by that date, the parties shall file another joint status report, **no later than Friday, April 27, 2007**, proposing a schedule for further proceedings in the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge