# In the United States Court of Federal Claims

No. 05-794 C
(Filed: April 16, 2007)

***********************************
VOLMAR CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

A telephone status conference is scheduled in the above-captioned case for **Thursday, April 19, 2007, at 11:00 a.m**. The court will telephone counsel to initiate the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge