# In the United States Court of Federal Claims

No. 05-794 C
(Filed: April 19, 2007)

************************************
VOLMAR CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

At the request of the parties, the court held a status conference in the above-captioned case on April 19, 2007, to discuss an enlargement of the discovery deadline and the ongoing settlement discussions. Unhappy with the pace of the proceedings thus far, plaintiff's counsel requested an enlargement of 30-45 days. Defense counsel contended that she and agency counsel required an enlargement of 90 days.

Reluctantly, the court extends the discovery period an additional 90 days, or **no later than Thursday, July 19, 2007**. However, the court **will not allow any additional enlargements of time for discovery**. Agency counsel shall take the appropriate steps to ensure that discovery is completed within the next 90 days.

With respect to settlement, both counsel indicated their intent to continue discussions during discovery. In addition, plaintiff's counsel stated that he would talk to his client to get more specific information concerning damages. The parties are strongly encouraged to take a hard look at settling this case. If a settlement has not been achieved by the close of discovery, July 19, 2007, the parties shall file a joint status report, **no later than Monday, July 30, 2007**, proposing a schedule for further proceedings in the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge