IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-794C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated April 19, 2007, the parties respectfully submit this joint status report.

Since the status conference held on April 19, 2007, the parties have entered into a settlement agreement. Defendant is currently in the process of making payment to plaintiff pursuant to the settlement agreement. Upon payment, the parties will file a joint stipulation dismissing this case with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ MITCHELL B. REITER
MITCHELL B. REITER, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tele: (516) 764-2800
Fax: (516) 764-2827

Attorney for Plaintiff

July 30, 2007

/s/ BRYANT G. SNEE
BRYANT G. SNEE
Deputy Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of July 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen