# In the United States Court of Federal Claims

No. 05-794 C
(Filed: August 7, 2007)

| | |
|---|---|
| *********************************** | |
| VOLMAR CONSTRUCTION, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

In a Joint Status Report filed on July 30, 2007, the parties in the above-captioned case indicated that they had entered into a settlement agreement. The parties also stated that defendant is presently in the process of making payment to plaintiff, and that upon payment, "the parties will file a joint stipulation dismissing this case with prejudice."

If the parties have not filed a joint stipulation by **Friday, September 28, 2007**, they shall instead file a joint status report by that date describing the progress of their settlement.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge