IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VOLMAR CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-794C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ MITCHELL B. REITER
MITCHELL B. REITER, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tele: (516) 764-2800
Fax: (516) 764-2827

Attorney for Plaintiff

/s/ BRYANT G. SNEE
BRYANT G. SNEE
Deputy Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7978
Fax: (202) 514-8624

October 18, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of October 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen